DAVID J. KAMINSKI, ESQ., (SBN #128509)
kaminskid@cmtlaw.com
STEPHEN A. WATKINS, (SBN#205175)
watkinss@cmtlaw.com
CARLSON & MESSER LLP
5959 W. Century Boulevard, Suite 1214
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant
GLOBAL CREDIT & COLLECTION CORP.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA TONARELLI, an individual,<br><br>     Plaintiff,<br><br>     v.<br><br>GLOBAL INTERNATIONAL, INC. d/b/a GLOBAL CREDIT & COLLECTION, CORP.; and DOES 1 through 10, inclusive<br><br>     Defendant. | CASE NO. 1:10-cv-00309-OWW-DLB<br><br>District Judge: Hon. Oliver W. Wanger<br>Magistrate Judge: Hon. Dennis L. Beck<br><br>**STIPULATION AND ORDER FOR EXTENSION OF DISCOVERY CUT-OFF** |

TO THE HONORABLE COURT AND TO ALL PARTIES:

**IT IS HEREBY STIPULATED** between Defendant GLOBAL CREDIT & COLLECTION, CORP. ("Defendant") and Plaintiff LAURA TONARELLI ("Plaintiff"), through their respective counsel of record, as follows:

1.     WHEREAS, on July 2, 2010, this Court entered its Scheduling Order. The discovery cut-off set forth therein was **January 31, 2011.**

2.     WHEREAS, the parties have timely served written discovery upon each other before the discovery cut-off.

3.     WHEREAS the depositions of Plaintiff and Defendant's designated representative

---

**1**

06237.00/167670     STIPULATION AND ORDER FOR EXTENSION OF DISCOVERY CUT-OFF

1 are currently scheduled for before the discovery cut-off.

2     4.    WHEREAS the parties agree that the depositions of Plaintiff and Defendant's designated representative may provide sufficient information to facilitate settlement.  However, the parties agree that discovery in this case may require depositions of multiple various third party witnesses to the events alleged in Plaintiff's Complaint.

    5.    WHEREAS, the majority of these contemplated third party depositions will not be able to be scheduled before the current discovery cut-off.

    6.    WHEREAS, in light of the attorney fee provision in the Fair Debt Collection Practices Act ("FDCPA") as alleged in Plaintiff's Complaint, if the parties are forced to take these third party depositions prematurely in order to avoid the discovery cut-off, the parties will incur substantial litigation expenses, and the costs of discovery will make it prohibitive for the parties to settle after that time.

    7.    WHEREAS, pursuant to foregoing and below, and in the Declaration of David J. Kaminski filed concurrently herewith, good cause has been shown, the parties respectfully request that this Court continue the discovery cut-off for a period of approximately sixty (60) days up to **March 31, 2011.**

    8.    WHEREAS, trial in this case is set for June 21, 2011.

    9.    WHEREAS, this is the *first request* for an extension of time by any party to this case.  This request for an extension is not to cause any delay but to facilitate the resolution of this case by settlement before exorbitant attorneys fees and costs are incurred by the parties which will hinder settlement negotiations.

    Respectfully submitted,

DATED:  January 3, 2011    CARLSON & MESSER LLP

By  /s/ David J. Kaminski
    David J. Kaminski
    Stephen A. Watkins
    Attorneys for Defendant,
    GLOBAL CREDIT & COLLECTION, CORP.

/ / /

DATED: January 3, 2011               GOLDEN & CARDONA-LOYA, LLP

By  /s/ Jeremy Golden
    Jeremy Golden
    Attorneys for Plaintiff
    LAURA TONARELLI

## ORDER

Pursuant to the Stipulation of the parties and good cause appearing therefor, it is hereby ordered that:

The discovery cut-off is extended up to March 31, 2011.

IT IS SO ORDERED.

**Dated:   January 3, 2011**              /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE