UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA TONARELLI, an individual,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>GLOBAL INTERNATIONAL, INC. d/b/a GLOBAL CREDIT & COLLECTION, CORP.; and DOES 1 through 10, inclusive<br><br>　　　　　　Defendant. | CASE NO. 1:10-cv-00309-OWW-JLT<br><br>District Judge: Hon. Oliver W. Wanger<br>Magistrate Judge: Hon. Jennifer L. Thurston<br><br>**ORDER RE: STIPULATION OF ALL PARTIES RE: CONTINUANCE OF SETTLEMENT CONFERENCE**<br><br>(Doc. 20) |

Pursuant to the Stipulation of the parties and good cause appearing therefor, it is hereby ordered that:

The settlement conference currently set for February 7, 2011 is hereby continued to February 22, 2011 at 10:00 a.m. in Courtroom 6.

IT IS SO ORDERED.

Dated:  **February 1, 2011**　　　　　　　　　　　　　　　　　/s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

1