Jeremy S. Golden (SBN 228007)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
jeremy@goldencardon.com
Tel: 619-476-0030; Fax:  775-898-5471
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| LAURA TONARELLI, an individual, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>GLOBAL INTERNATIONAL, INC. )<br>d/b/a GLOBAL CREDIT & )<br>COLLECTION CORP; and DOES 1 )<br>through 10 inclusive, )<br>)<br>Defendants. )<br>)<br>_____ ) | Case No.:  1:10-cv-00309-OWW-JLT<br><br>**Order of Dismissal** |

   Pursuant to the stipulation of the parties, this case is hereby dismissed with prejudice, both parties to bear their own attorneys' fees and costs.


IT IS SO ORDERED.

   Dated:  **April 6, 2011**              **/s/ Oliver W. Wanger**
                                           UNITED STATES DISTRICT JUDGE